# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JERRIS SLATER, *et al.*,

    Plaintiffs,

v.

US BANK NATIONAL ASSOCIATION ND, *et al.*,

    Defendants.

Case No. 2:11-cv-00105-LDG (VCF)

**ORDER**

    Previously, Clerk of the Court advised the plaintiffs that more than 120 days had passed since the complaint was filed but that proof of service had been not been filed establishing that the summons and complaint had been served on defendants Khadija Gulley, Elsie Kroussakis, and Nevada Legal News, LLC. The Clerk further notified the plaintiffs that the action would be dismissed as to these defendants if proof of service was not filed establishing that the defendants had been served within the 120-day time limit set forth in Fed. R. Civ. Pro. 4(m), or good cause shown why service was not made in that time period. The plaintiffs have neither filed proof of service establishing that the defendants were timely served as required by Rule 4(m) or showing good cause why service was not timely made. Accordingly, dismissal of this suit without prejudice as to Gulley, Kroussakis,

and Nevada Legal News is appropriate.  Further, as this matter has been dismissed as to all other defendants, dismissal and closure of this action is appropriate.  Therefore,

THE COURT **ORDERS** that this action is DISMISSED without prejudice as to Khadija Gulley, Elsie Kroussakis, and Nevada Legal News, LLC.

THE COURT FURTHER **ORDERS** that, as all defendants have been dismissed, this action is CLOSED.

DATED this \_\_\_7\_\_\_ day of August, 2012.

_____
Lloyd D. George
United States District Judge

2